Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Bryan L. Page

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRYAN L. PAGE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:10-cv-1605 SKO<br><br>STIPULATION AND ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

TO THE HONORABLE SHEILA K. OBERTO, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Bryan L. Page be awarded attorney fees and expenses in the amount of three thousand seven hundred dollars ($3,700.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).  This amount represents compensation for all legal services rendered on

1  behalf of Plaintiff by counsel in connection with this civil action, in accordance
2  with 28 U.S.C. §§ 1920; 2412(d).
3      After the Court issues an order for EAJA fees to Bryan L. Page, the
4  government will consider the matter of Bryan L. Page's assignment of EAJA fees
5  to Young Cho.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2252-2253 (2010),
6  the ability to honor the assignment will depend on whether the fees are subject to
7  any offset allowed under the United States Department of the Treasury's Offset
8  Program.  After the order for EAJA fees is entered, the government will determine
9  whether they are subject to any offset.
10     Fees shall be made payable to Bryan L. Page, but if the Department of the
11 Treasury determines that Bryan L. Page does not owe a federal debt, then the
12 government shall cause the payment of fees, expenses and costs to be made
13 directly to Law Offices of Lawrence D. Rohlfing, pursuant to the assignment
14 executed by Bryan L. Page.  Any payments made shall be delivered to Young Cho.
15     This stipulation constitutes a compromise settlement of Bryan L. Page's
16 request for EAJA attorney fees, and does not constitute an admission of liability on
17 the part of Defendant under the EAJA.  Payment of the agreed amount shall
18 constitute a complete release from, and bar to, any and all claims that Bryan L.
19 Page and/or Young Cho including Law Offices of Lawrence D. Rohlfing may have
20 relating to EAJA attorney fees in connection with this action.
21     Young Cho reserves the right to contend that any non-payment caused by
22 the collection of a federal debt owed by Bryan L. Page violates 31 C.F.R. §
23 285.5(e)(5) and *Morrison v. C.I.R.*, 565 F.3d 658, 667 (9th Cir. 2009).  Nothing in
24 this stipulation shall be construed as an admission by Young Cho that the
25 Government has the right or authority to offset the fees due and payable pursuant
26 to this stipulation.

This award is without prejudice to the rights of Young Cho and/or Lawrence D. Rohlfing to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: September 8, 2011         Respectfully submitted,

                                   LAW OFFICES OF LAWRENCE D. ROHLFING

                                        /s/ *Young Cho*
                         BY:_____
                                  Young Cho
                                  Attorney for plaintiff Bryan L. Page

DATE:  September 8, 2011         BENJAMIN B. WAGNER
                                     United States Attorney

                                        /s/ *Shea L. Bond*
                                  _____
                                   Shea L. Bond
                                   Special Assistant United States Attorney
                                   Attorneys for Defendant Michael J. Astrue,
                                   Commissioner of Social Security
                                   (Per e-mail authorization)

**ORDER**

IT IS SO ORDERED.

Dated:   **September 9, 2011**                           **/s/ Sheila K. Oberto**
                                                               UNITED STATES MAGISTRATE JUDGE